1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   RODNEY DIAL,                              No. 2:12-cv-2569 AC P
12                  Plaintiff,
13        v.                                   ORDER
14   SCOTT HEATLEY, et al.,
15                  Defendants.
16

17        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42
18   U.S.C. § 1983.  By order filed on September 19, 2013, the court directed the Clerk of Court to
19   send plaintiff four (4) USM-285 forms, one summons, an instruction sheet and a copy of the
20   amended complaint, and directed plaintiff to complete the summons and USM-285 forms and
21   return them with copies of the amended complaint.  ECF No. 13.  On October 23, 2013, plaintiff
22   notified the court that he had not received the necessary copy of his first amended complaint.
23   ECF No. 18.  Because plaintiff subsequently filed a second amended complaint (ECF No. 19), the
24   Clerk of Court was directed to provide plaintiff with a copy of the second amended complaint and
25   one additional USM-285 form for a newly named defendant.  ECF No. 20.  The court ordered
26   plaintiff to complete and return to the court, within thirty days, all five USM-285 forms and the
27   copies of his second amended complaint which are required to effect service on the defendants.
28   Id.  On December 2, 2013, plaintiff submitted the necessary copies of the second amended

1

complaint but only one USM-285 form, which is incomplete, and no summons.

Plaintiff now represents that he never received the summons or the first four USM-285 forms from the Clerk of Court. ECF No. 23. This assertion directly contradicts plaintiff's October 23rd request. The court will nonetheless permit plaintiff <u>one</u> further opportunity to submit the requisite documentation for service of the second amended complaint. Plaintiff is also cautioned that he must provide an address for each defendant he names on a USM-285 form in order for any defendant to be served.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one blank summons, an instruction sheet, and five (5) USM-285 forms; and

2. Within thirty days, plaintiff shall submit to the court the summons and <u>completed</u> USM-285 forms required to effect service on Scott Heatley; Christopher Smith; Lawrence C. Fong; L.D. Zamora and John Casey. Failure to return the documents within the specified time period will result in dismissal of this case.

DATED: December 11, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE