UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY DIAL,

        Plaintiff,

  v.

SCOTT HEATLEY, et al.,

        Defendants.

No. 2:12-cv-2569 AC P

ORDER

       Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

       By an order filed October 31, 2013, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his second amended complaint which are required to effect service on the defendants. On December 12, 2013, plaintiff submitted the USM-285 forms and copies but failed to fill out the address for defendant L.D. Zamora.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to return the USM-285 form for defendant L.D. Zamora; and

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the completed USM-285 required to effect service. Failure to return the USM-285 form with an address for defendant Zamora within the specified time period will result in a recommendation that defendant Zamora be dismissed.

DATED: December 31, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE