IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY DIAL,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**SCOTT HEATLEY, ET AL,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:12-cv-02569 AC<br><br>**[PROPOSED] ORDER** |

The Court, having considered Defendants' request for an extension of time to file a responsive pleading, and good cause having been found:

**IT IS ORDERED:** Defendants are granted an extension of time of fourteen days, to and including May 23, 2014, to complete and file their responsive pleading.

Dated: May 9, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:12-cv-02569 GGH)