UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY DIAL, | No. 2:12-cv-2569 AC P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT HEATLEY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has been granted leave to proceed with this action in forma pauperis pursuant to 28 U.S.C. § 1915.

On June 20, 2014, plaintiff filed a request for court-appointed paralegal services. ECF No. 41. Plaintiff asserts that Pamela Dial "is a documented paralegal" and that her services will provide plaintiff with professional assistance in discovery and with witness testimony at no cost to the State of California. Id. Plaintiff asks for an order authorizing Ms. Dial to visit him at the prison as a paralegal and deliver legal documents on his behalf. Id.

Costs to the state are not at issue in this federal civil rights action in which plaintiff proceeds in forma pauperis under a federal statute. The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989). The in forma pauperis statute does not authorize the expenditure of public funds for paralegal services. See 28 U.S.C. § 1915.

1

Ms. Dial may visit plaintiff in accordance with the applicable rules and regulations of the prison; however, plaintiff's request for appointment of Pamela Dial to perform paralegal services on behalf of plaintiff will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for appointment of paralegal services (ECF No. 41) is denied.

DATED: July 8, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE