IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY DIAL,** | Case No. 2:12-cv-02569 AC |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **SCOTT HEATLEY, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' request to take Plaintiff's deposition by video conference is granted.

Dated:  August 27, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:12-cv-02569 AC)