IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY DIAL,** | Case No. 2:12-cv-02569 AC |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **SCOTT HEATLEY, et al.,** | |
| Defendants. | |

Defendants filed a motion to modify the Discovery and Scheduling Order to extend the deadline for discovery and the filing of dispositive motions. Good cause appearing Defendants' motion is GRANTED. The discovery and dispositive motion deadlines are extended by seventy-five days from the date of this order.

Dated: October 31, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE