1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RODNEY DIAL,                                    No.  2:12-cv-2569 AC P

12                     Plaintiff,

13           v.                                       ORDER

14    SCOTT HEATLEY, et al.,

15                     Defendants.

16

17           Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

18    action filed pursuant to 42 U.S.C. § 1983.  By order filed March 13, 2015, the court identified

19    plaintiff's new place of incarceration, updated his address of record, and extended time, until

20    April 3, 2015, for plaintiff to file an opposition to the motion for summary judgment filed by

21    defendant Casey on February 12, 2015.  This action also proceeds against four additional

22    defendants who, as of the date of this order, have not filed a dispositive motion.

23           Plaintiff has filed two motions, requesting:  (1) that the court direct the Warden of

24    California State Prison Corcoran to forward plaintiff's legal property to his current place of

25    incarceration, the California Health Care Facility in Stockton; and (2) an extension of the

26    discovery deadline  so that plaintiff can respond to defendants' outstanding discovery requests.

27           The court notes that the discovery deadline expired in this action on January 20, 2015; the

28    March 31, 2015 deadline to which plaintiff refers is the dispositive motion deadline.  Nonetheless,

1 it is clear that plaintiff needs additional time to respond to defendants' outstanding discovery

2 requests and the pending motion for summary judgment.

3     Accordingly, IT IS HEREBY ORDERED that:

4     1.  Plaintiff's motions filed March 23, 2012, ECF Nos. 60 and 61, are granted, as set forth

5 herein.

6     2.  The Warden of California State Prison Corcoran is requested to direct staff, within a

7 week after the filing date of this order, to consolidate all of plaintiff's legal property that may be

8 remaining at that institution, and send it to plaintiff at his current place of incarceration, the

9 California Health Care Facility in Stockton.

10     3.  The discovery deadline in this action, which expired on January 20, 2015, is extended

11 for the limited purpose of according plaintiff additional time to complete and serve his responses

12 to defendants' outstanding discovery requests; plaintiff shall serve all outstanding discovery

13 responses on or before May 1, 2015.

14     4.  Plaintiff shall file and serve his opposition to defendant Casey's motion for summary

15 judgment on or before May 1, 2015; defendant Casey may file a reply within fourteen days after

16 the filing date of plaintiff's opposition.

17     5.  The Clerk of Court is directed to send a copy of this order to the Warden at California

18 State Prison Corcoran.

19 DATED: March 30, 2015

20

21 ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28