UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY DIAL,<br><br>        Plaintiff,<br><br>    v.<br><br>SCOTT HEATLEY, et al.,<br><br>        Defendants. | No.  2:12-cv-2569 AC P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 12, 2015, this court directed defendants to re-serve their respective motions for summary judgment on plaintiff, due to his recent prison transfers and difficulty in obtaining his legal documents. See ECF No. 68.  Due to yet another prison transfer, plaintiff now requests a 90-day extension of time within which to file his oppositions to the motions for summary judgment. See ECF No. 71.  In support of his request, plaintiff has submitted a copy of the list maintained by the California Department of Corrections and Rehabilitation that tracks plaintiff's recent inter- and intra-institutional transfers.  See ECF No. 72 at 2.  This document demonstrates that, on May 14, 2015, plaintiff was transferred from the California Health Care Facility in Stockton, to the R.J. Donovan Correctional Facility in San Diego.  Plaintiff states that he is currently awaiting CDC Classification and has no access to his legal materials or the prison law library.  ECF No. 71 at 2.

1    For good cause shown, plaintiff's request for an extension of time will be granted; in
2    addition, for court administrative purposes, the Clerk of Court will be directed to designate the
3    pending motions for summary judgment re-filed as of the dates defendants informed the court that
4    the motions had been re-served on plaintiff.
5    Accordingly, IT IS HEREBY ORDERED that:
6    1. Plaintiff's motion for an extension of time, ECF No. 71, is granted; plaintiff shall file
7    and serve separate oppositions to defendants' respective motions for summary judgment on or
8    before August 28, 2015; defendants may file their replies within fourteen days after service of
9    plaintiff's oppositions.
10   2. The Clerk of Court is directed to designate on the docket that the pending motions for
11   summary judgment are effectively re-filed on the dates they were re-served on plaintiff, viz., the
12   motion for summary judgment filed by defendant Casey, ECF No. 58, shall be designated re-filed
13   on May 19, 2015 (per ECF No. 70), and the motion for summary judgment filed by the remaining
14   defendants, ECF No. 65, shall be designated re-filed on May 18, 2015 (per ECF No. 69).
15   DATED: June 2, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE